UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 11CR1833-AJB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, |
| BLANCA LIZABETH AGUILAR, | ) | EXONERATE THE BOND, AND PASSPORT BE RELEASED |
| Defendant. | ) | BY PRETRIAL IF HELD |

Upon oral motion of the UNITED STATES OF AMERICA on May 2, 2012, and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: **6/4/2012**          .

*Barbara F. Major*

HONORABLE BARBARA LYNN MAJOR
United States Magistrate Judge